UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING |
| | ) | INDICTMENT NO. 216-27 |
| v. | ) | |
| | ) | VIO: 21 U.S.C. § 846 |
| JAMES LEE ROBERTS, | ) | Conspiracy to Possess with Intent to |
|   AKA "BOOTNEY," | ) | Distribute and to Distribute Controlled |
| GLADYS MARIE MORAN, | ) | Substances |
|   AKA "T.T.," | ) | |
| BRUCE LENARD POLITE, | ) | 21 U.S.C. § 841(a)(1) |
|   AKA "LOOSE BRUCE," | ) | Distribution of Cocaine |
| OSCAR CUMMINGS, III, | ) | |
| JOE FERDINANDO BRYANT, | ) | 21 U.S.C. § 841(a)(1) |
|   AKA "JOE JOE," | ) | Possession with Intent to Distribute |
| DONALD EUGENE WESLEY, | ) | Controlled Substances |
|   AKA "DUCK," | ) | |
| DERRICK J. YOUNG, | ) | 18 U.S.C. § 843(b) |
| SIDNEY DEVORE HARRISON | ) | Use of Communication Facility |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND
TO DISTRIBUTE CONTROLLED SUBSTANCES

Beginning on a date at least as early as August 1, 2014, up to and including the return date of this superseding indictment, the precise dates being unknown, in Glynn County, within the Southern District of Georgia, and elsewhere, the defendants herein:

    JAMES LEE ROBERTS,
      AKA "BOOTNEY,"
    GLADYS MARIE MORAN,
      AKA "T.T.,"
    BRUCE LENARD POLITE,
      AKA "LOOSE BRUCE,"
    OSCAR CUMMINGS, III,
    JOE FERDINANDO BRYANT,
      AKA "JOE JOE,"

DONALD EUGENE WESLEY,
    AKA "DUCK,"
DERRICK J. YOUNG, AND
SIDNEY DEVORE HARRISON

aided and abetted by each other and by others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C); all done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH SIX
## DISTRIBUTION OF COCAINE

On or about the dates and times below, in Glynn County, within the Southern District of Georgia, the defendants listed below, aided and abetted by others known and unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C):

| COUNT | DEFENDANT | DATE |
| --- | --- | --- |
| Two | GLADYS MARIE MORAN, AKA "T.T." | April 24, 2016 |
| Three | JAMES LEE ROBERTS, AKA "BOOTNEY" | May 7, 2016 |
| Four | JAMES LEE ROBERTS, AKA "BOOTNEY" | May 20, 2016 |

2

| COUNT | DEFENDANT | DATE |
|---|---|---|
| Five | **JAMES LEE ROBERTS, AKA "BOOTNEY"** | June 1, 2016 |
| Six | **DONALD EUGENE WESLEY, AKA "DUCK"** | June 16, 2016 |

## COUNT SEVEN
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

On or about May 15, 2016, in Glynn County, within the Southern District of Georgia, the defendant herein,

**JAMES LEE ROBERTS, AKA "BOOTNEY"**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNTS EIGHT THROUGH TWENTY-TWO
## USE OF COMMUNICATION FACILITY

On or about the dates and times below, in Glynn County, within the Southern District of Georgia, and elsewhere, the defendants listed below, aided and abetted by each other and by others known and unknown, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing, and facilitating the conspiracy to possess with intent to distribute and to distribute cocaine and marijuana, as alleged in Count One of this Indictment, incorporated by reference herein, which constitutes a felony violation of Title 21 U.S.C. § 846:

3

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| Eight | GLADYS MARIE MORAN<br>JAMES LEE ROBERTS | July 4, 2016<br>12:33 p.m. | No Session Number<br>912-242-3319 |
| Nine | GLADYS MARIE MORAN<br>JAMES LEE ROBERTS | July 5, 2016<br>2:49 p.m. | No Session Number<br>912-242-7340 |
| Ten | GLADYS MARIE MORAN<br>JAMES LEE ROBERTS | July 7, 2016<br>9:04 p.m. | No Session Number<br>912-242-7340 |
| Eleven | BRUCE POLITE<br>JAMES LEE ROBERTS | May 11, 2016<br>4:34 p.m. | 09<br>843-261-4183<br>912-324-1956 |
| Twelve | BRUCE POLITE<br>JAMES LEE ROBERTS | May 15, 2016<br>4:41 p.m.. | 149<br>843-261-4183<br>912-324-1956 |
| Thirteen | OSCAR CUMMINGS, III<br>JAMES LEE ROBERTS | May 14, 2016<br>10:19 a.m.. | 82<br>843-261-4183<br>912-577-3700 |
| Fourteen | OSCAR CUMMINGS, III<br>JAMES LEE ROBERTS | May 15, 2016<br>12:07 p.m.. | 112<br>843-261-4183<br>912-577-3700 |
| Fifteen | JOE FERDINANDO BRYANT<br>JAMES LEE ROBERTS | May 15, 2016<br>9:06 a.m. | 96<br>843-261-4183<br>912-248-1629 |
| Sixteen | JOE FERDINANDO BRYANT<br>JAMES LEE ROBERTS | May 15, 2016<br>9:07 a.m. | 97<br>843-261-4183<br>912-248-1629 |

4

| COUNT | DEFENDANTS | DATE AND TIME | SESSION AND TELEPHONE NUMBERS |
|---|---|---|---|
| Seventeen | JOE FERDINANDO BRYANT<br>JAMES LEE ROBERTS | May 15, 2016<br>9:11 a.m. | 98<br>843-261-4183<br>912-248-1629 |
| Eighteen | DONALD WESLEY, AKA "DUCK" | June 16, 2016<br>4:46 p.m. | No Session Number<br>330-275-6767 |
| Nineteen | DERRICK J. YOUNG<br>JAMES LEE ROBERTS | May 12, 2016<br>11:57 a.m. | 29<br>843-261-4183<br>404-991-8160 |
| Twenty | DERRICK J. YOUNG<br>JAMES LEE ROBERTS | May 12, 2016<br>4:16 p.m. | 61<br>843-261-4183<br>404-991-8160 |
| Twenty-One | SIDNEY DEVORE HARRISON<br>DERRICK J. YOUNG | August 16, 2016<br>11:57 p.m. | 11,345<br>404-991-8160<br>757-572-0535 |
| Twenty-Two | SIDNEY DEVORE HARRISON<br>DERRICK J. YOUNG | August 17, 2016<br>12:14 p.m. | 11,424<br>404-991-8160<br>757-572-0535 |

All done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(b).

## COUNT TWENTY-THREE
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

On or about August 17, 2016, in Chatham County, within the Southern District of Georgia, the defendants herein,

**DERRICK J. YOUNG, AND**
**SIDNEY DEVORE HARRISON**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and marihuana, a Schedule I controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

That upon conviction of one or more of the Title 21 offenses alleged in this indictment, each punishable by imprisonment for more than one year, the defendants herein:

**JAMES LEE ROBERTS,**
   **AKA "BOOTNEY,"**
**GLADYS MARIE MORAN,**
   **AKA "T.T.,"**
**BRUCE LENARD POLITE,**
   **AKA "LOOSE BRUCE,"**
**OSCAR CUMMINGS, III,**
**JOE FERDINANDO BRYANT,**
   **AKA "JOE JOE,"**
**DONALD EUGENE WESLEY,**
   **AKA "DUCK,"**
**DERRICK J. YOUNG, AND**
**SIDNEY DEVORE HARRISON**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their right, title and interest in and to any property, real and personal,

...

(1)   constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(2)   used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

## Substitution of Assets:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants

(i)   cannot be located upon the exercise of due diligence;

(ii)   has been transferred or sold to, or deposited with, a third person;

(iii)   has been placed beyond the jurisdiction of the Court;

(iv)   has been substantially diminished in value; or

(v)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants up to an amount equivalent to the value of the above-described forfeitable property.

A True Bill.

_____
Foreman

_____
Edward J. Tarver
United States Attorney
Georgia Bar No. 698380

_____
James D. Durham
First Assistant United States Attorney
Georgia Bar No. 235515

_____
Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

_____
Karl I. Knoche*
Assistant United States Attorney
Georgia Bar No. 426624

*lead counsel